# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRIS MAKANJIRA,** | : | **CIVIL NO. 1:17-CV-1522** |
| **Petitioner** | : | **(Chief Judge Conner)** |
| v. | : | |
| **CRAIG A. LOWE,** | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 10th day of October, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice as premature.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania